JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

November 10, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MERICOS REAL ESTATE COMPANY, INC, a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:15-CV-05129-SJO-FFM<br><br>**ORDER** |

## ORDER

The entire case is hereby ordered dismissed with prejudice.

*S. James Otero*

Dated: November 10, 2015

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT COURT JUDGE

1

Notice for Dismissal　　　Case: 2:15-CV-05129-SJO-FFM